# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> MONTEREY & RANCHO PLAZA, et al., <br><br> Defendants. | Case No. 18-cv-05718-BLF <br><br> **JUDGMENT** |

Having granted Plaintiff's Motion for Default Judgment against Defendants Monterey & Rancho Plaza and Tony Dimaggio's Stromboli & Pizza, Inc., it is HEREBY ORDERED that:

1. Default judgment be entered against Defendants and for Plaintiff.
2. Judgment be entered against Defendants for Plaintiff in the amount of $7,710. This amount includes statutory damages of $4,000 and $3,710 in attorneys' fees and costs.
3. Plaintiff Scott Johnson is granted an injunction requiring Monterey & Rancho Plaza and Tony Dimaggio's Stromboli & Pizza, Inc. to bring their parking lot spaces and slope, door hardware, and restroom sink into compliance with the 2010 ADAAG Standards no later than six months after service of this injunction.

The Clerk of the Court is instructed to enter judgment in accordance with the above and to close the file.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
BETH LABSON FREEMAN
United States District Judge